IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 17-208-5 |
| RHASUL LUCAS | : | |
| | : | |
| | : | |

### ORDER

This 27th day of January, 2021, it is hereby **ORDERED** that Defendant's Motions for

Release from Custody, ECF 429 and ECF 462, are **DENIED,** for the reasons set forth in the

accompanying Memorandum.

It is further **ORDERED** that Defendant's Motion to Reduce Sentence, ECF 425, is

deemed to be duplicative of the Motions for Release, in that it sets forth the same rationale for

release, and,  as such, is also  **DENIED,** again for the reasons set forth in the accompanying

Memorandum.


　　/s/ Gerald Austin McHugh
United States District Judge

1